IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

MICHAEL JACKSON,                       )        1:10cv2418 DLB
                                       )
                                       )
                                       )        ORDER TO SHOW CAUSE
            Plaintiff,                  )
                                       )
       vs.                             )
                                       )
COMMISSIONER OF SOCIAL                 )
SECURITY,                              )
                                       )
            Defendant.                  )
_____)

       Plaintiff is proceeding pro se in this action for judicial review of the denial of Social Security

benefits, filed on December 30, 2010.  Also on December 30, 2010, the Court issued a Scheduling

Order.  The Scheduling Order states that within 120 days after service, Defendant shall file and serve

a copy of the administrative record, which shall be deemed an answer to the complaint.  The Order

also provides that within 30 days after service of the administrative record, Plaintiff shall serve on

Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within

35 days.  Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's

response, Plaintiff must file and serve an opening brief.

1

1    On May 11, 2011, Defendant lodged the administrative record.  Pursuant to the Scheduling

2    Order, Plaintiff was required to file his brief on or before August 17, 2011.

3    However, on August 8, 2011, the Court granted Plaintiff's substitution of attorney and

4    Plaintiff was substituted in pro se.  As it was counsel's responsibility to inform Plaintiff of the

5    upcoming dates upon withdrawal, the Court did not extend deadlines.

6    Plaintiff has not filed his opening brief and has not otherwise communicated with the Court.

7    Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should

8    not be dismissed for failure to comply with the Court's orders.  Plaintiff is ORDERED to file a

9    written response to this Order to Show Cause within twenty (20) days of the date of this Order.  **If**

10   **Plaintiff desires more time to file his brief or wishes to dismiss this action, he should so state in**

11   **his response.**

12   Failure to respond to this Order to Show Cause will result in dismissal of this action.

13

14

15   IT IS SO ORDERED.

16   **Dated:     September 8, 2011**                _____ **/s/ Dennis L. Beck**_____
                                                            UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28                                                          2